UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-00155-MSS-SPF

ALEXANDER LESZCZYNSKI
_____/

### ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL

The Court found reasonable grounds to believe Defendant Alexander Leszczynski may suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial. (Doc. 48). As a result, the Court appointed Dr. Valerie R. McClain, Psy.D. to conduct an independent psychiatric examination. (*Id.*). On October 26, 2022, Dr. McClain performed a forensic psychological evaluation of Defendant, and subsequently provided the Court with a report of her observations and opinion that Defendant is competent to stand trial. (Doc. S-50).

On November 2, 2022, the Court conducted a competency hearing pursuant to 18 U.S.C. § 4241. At the hearing, the parties stipulated[1] that the report would serve as the evidence of Defendant's competency. No other evidence was presented to the Court.

Based on Dr. McClain's report and Court's own observations, and in the absence of any contrary evidence, the Court finds by a preponderance of the evidence that Defendant is not presently suffering from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him or to properly assist in his

---

[1] At the hearing, Defendant confirmed that he read the report, reviewed it with his attorney, and agreed with Dr. McClain's findings.

defense. Accordingly, the Court finds that Defendant Alexander Leszczynski is competent to stand trial.

**Ordered** in Tampa, Florida on November 2, 2022.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE